# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| CROSSCOUNTRY MORTGAGE, LLC, | ) | Case No. 1:22-CV-01378-CEF |
| | ) | |
| Plaintiff, | ) | Judge Charles Esque Fleming |
| | ) | |
| v. | ) | |
| | ) | |
| IMPAC MORTGAGE HOLDINGS, INC., | ) | |
| AND IMPAC MORTGAGE CORP., | ) | |
| | ) | |
| Defendants. | ) | |

## Stipulated Notice of Dismissal With Prejudice

Plaintiff CrossCountry Mortgage, LLC and Defendants Impac Mortgage Holdings, Inc. and Impac Mortgage Corp. (collectively the "Parties" and each individually a "Party") have reached a confidential settlement to resolve Plaintiff's claims in the above-captioned case.

Accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses its claims against Defendants, with prejudice. Each Party is to bear their owns costs and attorneys' fees, and the Parties agree and request that this Court retain jurisdiction over the Parties' settlement.

December 29, 2023

Respectfully submitted,

*/s/ Suzanne Bretz Blum*
Suzanne Bretz Blum (0047231)
William A. Peseski (0095235)
Jarman J. Smith (0099855)
600 Superior Avenue East, Suite 1600
Cleveland, OH 44114
Tel: (216) 830-6830
Fax: (216) 830-6807
sblum@brouse.com
wpeseski@brouse.com
jsmith@brouse.com
*Counsel for Plaintiff CROSSCOUNTRY MORTGAGE, LLC*

/s/ Meredith L. Williams
Bradley A. Chapin (admitted *pro hac vice*)
*bchapin@rutan.com*
Meredith L. Williams (admitted *pro hac vice*)
*mwilliams@rutan.com*
Amber N. Les (admitted *pro hac vice*)
*ales@rutan.com*
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, CA  92612
Telephone:     714-641-5100
Facsimile:     714-546-9035

Jeffrey Saks (Ohio Bar No. 0071571)
*jsaks@sakslawoffice.com*
The Saks Law Office, LLC
3681 South Green Road, Suite 411
Beachwood, Ohio 44122
Telephone: (216) 255-9696
Facsimile:  (216) 360-8501

*Counsel for Defendants IMPAC MORTGAGE HOLDINGS, INC. and IMPAC MORTGAGE CORP.*

## Certificate of Service

I hereby certify that on December 29, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

/Suzanne Bretz Blum/
Suzanne Bretz Blum

*Counsel for Plaintiff CROSSCOUNTRY MORTGAGE, LLC*

2